FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 28, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAD RYKKER WHITE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DONA P. CAMPAGNOLO, et al.,<br><br>Defendants. | No. 4:23-CV-05086-MKD<br><br>ORDER GRANTING PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW AND SETTING STATUS CONFERENCE |

Before the Court is Plaintiffs' Counsel's Motion to Withdraw as Attorney, ECF No. 9. The Court held a hearing on this motion on September 28, 2023. Plaintiffs Tad Rykker White and Sara Lilibet Arrieta Bustamante, and Plaintiffs' Counsel, Hector Quiroga and Destiny Soto, appeared by video. Assistant United States Attorney Molly Smith appeared on behalf of Defendants, also by video.

In their motion, Plaintiffs' Counsel indicated that they and Plaintiffs have mutually agreed to end their attorney-client relationship. ECF No. 9 at 2. At the hearing, Plaintiffs confirmed that they wish for counsel to withdraw from this matter. Accordingly, the Court finds that there has been a breakdown in the

ORDER - 1

attorney-client relationship that constitutes good cause under Local Civil Rule 83.2(d)(4) to grant the motion.

Plaintiffs requested a stay in this matter to allow them time to seek new counsel. The Court previously stayed briefing related to Defendants' Motion to Dismiss, ECF No. 10, pending resolution of the instant motion. ECF No. 13. Ms. Smith indicated that Defendants do not oppose a further 60-day stay. The Court confirmed Plaintiffs' understanding that they must either retain new counsel to represent them or be prepared to represent themselves in this matter.

Accordingly, **IT IS HEREBY ORDERED:**

1. Hector Quiroga's and Destiny Soto's Motion to Withdraw, **ECF No. 9**, is **GRANTED**.
    a. Former counsel for Plaintiffs shall provide Plaintiffs with a copy of this order and a copy of Defendants' Motion to Dismiss, ECF No. 10.
    b. **By no later than October 2, 2023,** former counsel for Plaintiffs shall file a notice advising the Court and Defendants of Plaintiffs' contact information for service and communications in this matter until Plaintiffs secure new counsel of record.
    c. If Plaintiffs retain new counsel, new counsel shall promptly file a Notice of Appearance in this matter.

ORDER - 2

2. A status conference is **SET** for **Thursday, November 30, 2023, at 8:45 a.m.,** in **Richland Courtroom 189**. Plaintiffs are required to appear if they have not retained counsel. If Plaintiffs retain new counsel, counsel shall appear instead of Plaintiffs.

   a. The parties may appear by video, and shall contact the Courtroom Deputy, at Cora_Vargas@waed.uscourts.gov, for instructions on remote participation.

3. Briefing deadlines related to Defendants' Motion to Dismiss, ECF No. 10, remain **STAYED** pursuant to the Court's prior Order, ECF No. 13, and shall be rescheduled at the November 30, 2023, status conference.

**IT IS SO ORDERED**. The District Court Executive is directed to file this Order, provide copies to counsel, and then terminate Hector Quiroga and Destiny Soto as counsel for Plaintiffs.

DATED September 28, 2023.

> _s/ Mary K. Dimke_
> Mary K. Dimke
> United States District Judge

ORDER - 3