FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 28, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAD RYKKER WHITE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONNA P. CAMPAGNOLO, et al.,<br><br>Defendants. | No. 4:23-CV-05086-MKD<br><br>ORDER DISMISSING CASE<br><br>ECF No. 19 |

Before the Court is the Plaintiffs' Notice of Dismissal Pursuant to Federal Rule of Civil Procedure 41. ECF No. 19. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(A), a plaintiff may dismiss an action without court order by filing a notice of voluntary dismissal before any opposing party serves either an answer or a motion for summary judgment. The dismissal shall be without prejudice unless otherwise noted. No party has filed an answer or a motion for summary judgment and Plaintiffs do not specify they seek dismissal with prejudice.

ORDER - 1

Accordingly, **IT IS ORDERED:**

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and the Plaintiffs' notice, **ECF No. 19,** this case is **DISMISSED without prejudice** and without an award of fees or costs.

2. All pending deadlines and hearings are **STRICKEN**.

3. All pending motions are **DENIED AS MOOT**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to the parties, and **CLOSE** this case.

DATED November 28, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE